# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | Case No. 1-17-cr-9 |
| Kodi Lee Bear, | ) | |
| Defendant. | ) | |

The court previously entered an order releasing the Defendant on a number of conditions. (Doc. No. 144). It has come to the court's attention that the Defendant now has outstanding warrants from Wisconsin. In light of this development, the court **VACATES** its prior order. (Doc. No. 144). Defendant shall remain in custody pending further order of the court.

**IT IS SO ORDERED.**

Dated this 6th day October, 2017.

                                                      */s/ Charles S. Miller, Jr.*
                                                      Charles S. Miller, Jr., Magistrate Judge
                                                      United States District Court